**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

| | |
|---|---|
| CHAMBERS OF<br>PETER G. SHERIDAN<br>JUDGE | Clarkson Fisher Building and<br>U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

TO: All Counsel of Record

FROM: Peter G. Sheridan, U.S.D.J.

DATE: January 6, 2012

RE: Glatt Air Techniques, Inc. v. Vector Corporation
06-cv-05614 (PGS)
Markman Hearing

_____

Attached is an informal draft of a proposed claim construction memorandum and order. Please review.

On January 12, 2012 at 12:00 p.m. the Court will hold a telephone conference to ascertain reasons why the proposed claim construction memorandum and order should not be adopted. No written comments or briefs will be accepted.

The law firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP shall be responsible for initiating the telephone conference.